IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT N. GOFF,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 14-3415** |
| | : | |
| **KUTZTOWN UNIVERSITY, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this    22nd     day of October, 2014, upon careful consideration of the defendants' motion to dismiss (Document #3), and the plaintiff's response thereto (Document #7), IT IS HEREBY ORDERED that the motion to dismiss is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.